IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv418

| | |
|---|---|
| ROBYN ADOLPHE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    **ORDER** |
| | ) |
| OPTION ONE MORTGAGE | ) |
| CORPORATION, et al., | ) |
| | ) |
|     Defendants. | ) |

Pending before the Court are several Motions for Extension of Time to Answer [# 8, # 9, # 10, & # 11]. Defendants Chicago Title Insurance Company and William Foley [# 11], First American Title Insurance Company and Dennis Gilmore [# 10], Wells Fargo Bank, N.A. and John Stumpf [# 9], and Jeffery Bunda, Elizabeth B. Ells, Shapiro & Ingle, L.L.P., Jeff A. Bunda, Katherine Begor, David W. Neill, and Grady I. Ingle [# 8] (collectively, "Defendants") all move for extensions of time to answer or otherwise respond to the Complaint. For good cause shown, the Court **GRANTS** the motions [# 8, # 9, # 10, & # 11]. Defendants shall have until November 12, 2011, to answer or otherwise respond to the Complaint.

Signed: October 13, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge