FILED
CHARLOTTE, NC
MAR 0 6 2012
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO.: 3:11-CV-00418

| | |
|---|---|
| ROBYN ADOLPHE, *pro se*,<br><br>Plaintiff,<br><br>-vs-<br><br>OPTION ONE MORTGAGE CORPORATION, *et. al.*,<br><br>Defendants. | PLAINTIFF'S MOTION PURSUANT TO FED. RULES OF CIV. PRO. 56 (a) AND RULE 57 FOR PARTIAL SUMMARY JUDGMENT AND DECLARATORY RELIEF DIRECTED AGAINST DEFENDANTS WELLS FARGO BANK, N.A., AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE LOAN ASSET-BACKED CERTIFICATES 2003-OPT1, JOHN STRUMPF, JEFFERY BUNDA, GRADY INGLE, ELIZABETH ELLS, SHAPIRO & INGLE, LLP., AND THE CLERK AND DEPUTY CLERK OF THE SUPERIOR COURT OF MECKLENBURG COUNTY, ALTERNATIVELY, MOTION FOR RELIEF OF JUDGMENT |

Comes Now the Plaintiff, Robyn Adolphe, *pro se* (hereinafter "Plaintiff" or "the Plaintiff" or "Ms Adolphe") and respectfully moves this Honorable Court for an Order of Partial Summary Judgment, and Declaration directed against Defendants Wells Fargo Bank, N.A., as Trustee for Merrill Lynch Mortgage Loan Asset-Backed Certificate 2003-OPT1, John Strumpf, Grady Ingle, Elizabeth Ells, Shapiro & Ingle, LLP., and the Clerk and Deputy Clerk of the Superior Court for Mecklenburg County concluding and declaring that the finding(s) of fact and law conducted by the deputy clerk of the Superior Court for Mecklenburg County and the related Order of Foreclosure authorizing the sale of Plaintiff's home in the matter of 10-SP-9432, were each nullities and or otherwise void as judgments effecting real property. Because the matter of a void judgment might also be properly considered under Rule 60(b) of the Fed. R. Civ. Pro., Plaintiff does argue the alternative in addition to summary judgment.

Therefore, as grounds for her motions, Plaintiff directs the attention of the court to her brief in support thereof :

## CONCLUSION

In conclusion, Plaintiff prays for just and equitable relief.
On this date, March, 6th, 2012, Respectfully Submitted:

/s/ Robyn Adolphe, *pro se*
ROBYN ADOLPHE
8947 Myra Way
Charlotte, NC 28215                     **Telephone No.: 704-492-0469**

## CERTIFICATE OF SERVICE

2

The undersigned does hereby certify that a true and actuate copy of the foregoing Motions was placed in the U.S. Mail, postage prepaid and correctly addressed as follows on this, the 6th of March, 2012.

*Parties have been emailed*

Joseph C. Patterson, *pro se*
4957 Albemarle Road
Charlotte, NC 28205
pat@cam-hoa.com

Heather B. Adams
Alston & Bird, LLP
4721 Emperor Blvd., Suite 400
Durham, NC 27703
heather.adams@alson.com

Phillip E. Lewis
Horack Talley Pharr & Lowndes, PA
301 South College Street
2600 One Wells Fargo Center
Charlotte, NC 28202
PLewis@HorackTalley.com

Amy Purwin Hunt
Horack Talley Pharr & Lowndes, PA
301 South College Street
2600 One Wells Fargo Center
Charlotte, NC 28202
AHunt@HorackTalley.com

Glenn E. Ketner, II
K&L Gates
214 North Tryon Street, Suite 4700
Hearst Tower, 47th Floor
Charlotte, NC 28202
bo.ketner@klgates.com

Brett Michael Shockley
McGuire Woods LLP
100 North Tryon Street, Suite 2900
Bank of American Corp. Center,
Charlotte, NC 28202
bshockley@mcguirewoods.com

Robyn Adolphe, *pro se*