UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-418-RJC

| | |
|---|---|
| ROBYN ADOLPHE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| OPTION ONE MORTGAGE CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court on a Defendant Geoffrey C. Hemenway's August 30, 2012 Motion for Judicial Assistance, (Doc. No. 124).

On January 12, 2012, Plaintiff filed, among other things, a Renewed Motion to Amend Complaint and proposed Amended Complaint. On July 3, 2012, the Court granted Plaintiff's January 12, 2012 Motion for Leave to Amend Complaint, and noted that Plaintiff's Amended Complaint could be found in Docket Entry 72. See (Doc. No. 72 at 22-31). Between July 6, 2012 and July 31, 2012, Defendants filed various Motions to Dismiss Plaintiff's Amended Complaint. See (Doc. Nos. 96; 105; 109; 111; 113; 115). Plaintiff responded to Defendant Hemenway's Motion on August 8, 2012. See (Doc. No. 121). On August 17, 2012, Plaintiff filed an Amended Complaint, misunderstanding the Court's July 3, 2012 Order as allowing her to do so. See (Doc. No. 123). On August 30, 2012, Defendant Hemenway filed the instant Motion for Judicial Assistance, requesting clarification as to whether he should respond to Plaintiff's August 17, 2012 Amended Complaint. (Doc. No. 124). Defendant Hemenway is correct that Plaintiff did not file a Motion for Leave to File a Second Amended Complaint, and the Court therefore orders that Plaintiff's August 17, 2012 Amended Complaint, (Doc. No. 123),

be stricken from the record.  The Court further states that the Defendants need not respond to Plaintiff's August 17, 2012 Amended Complaint.  Defendants' Motions to Dismiss are under advisement and the Court will issue an order on them as soon as practicable.

**IT IS, THEREFORE, ORDERED** that Plaintiff's August 17, 2012 Amended Complaint, (Doc. No. 123), is hereby **STRICKEN** from the record.

Signed: September 4, 2012

Robert J. Conrad, Jr.
Chief United States District Judge