# United States District Court
# For The Western District of North Carolina
# Charlotte Division

ROBYN ADOLPHE,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          3:11-cv-418-RJC

OPTION ONE MORTGAGE
CORPORATION et al.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 20, 2012 Order.

Signed: November 20, 2012

Frank G. Johns, Clerk
United States District Court